# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00789-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

On June 7, 2020, Kimo Gomez ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits pursuant to the Social Security Act.

On July 1, 2020, Plaintiff was ordered to effect service of the summons and complaint upon the Commissioner within twenty days and promptly return a proof of service.  On July 24, 2020, an order issued directing Plaintiff to file a notice of status of service within five days and Plaintiff filed two forms declining the jurisdiction of the United States Magistrate Judge.[1]  On July 25, 2020, Plaintiff returned a proof of service indicating that the Commissioner had been served by United States mail on July 24, 2020.

---

[1] At the time of the preparation of this order, the Office of the Clerk had not yet reassigned this matter to a district judge.

1

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order Number 615, this action has been stayed and the stay will be automatically lifted when the Commissioner files the certified copy of the administrative record.  See E.D. Cal. G.O. No. 615, ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific case).

IT IS SO ORDERED.

Dated:   **July 27, 2020**

UNITED STATES MAGISTRATE JUDGE