UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO GOMEZ, | ) Case No. 1:20-cv-00789-NONE-SAB |
| | ) |
| Plaintiff, | ) ORDER RE STIPULATION FOR |
| | ) EXTENSION OF TIME TO SERVE |
| v. | ) CONFIDENTIAL LETTER BRIEF |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (ECF No. 19) |
| | ) |
| Defendant. | ) |
| | ) |

On February 12, 2021, a stipulation was filed to extend time for Plaintiff to file a motion for summary judgment in this action. (ECF No. 19.) However, Plaintiff is seeking an extension to February 25, 2021, which correlates to the date that the confidential letter brief must be served on the Commissioner. (Id.) Accordingly, the Court construes the request as a stipulation to extend time for Plaintiff to serve the confidential letter brief on the Commissioner.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve the confidential letter brief on the Commissioner on or before **February 25, 2021**;

2. Defendant shall serve a response to the confidential letter brief on or before **March 29, 2021**;

3. Plaintiff's opening brief shall be filed on or before **April 28, 2021;**

4. The Commissioner's opposition shall be filed on or before **May 28, 2021;** and

5. Plaintiff's reply, if any, shall be filed on or before **June 14, 2021**.

IT IS SO ORDERED.

Dated:   **February 16, 2021**

UNITED STATES MAGISTRATE JUDGE