# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-000789-NONE-SAB<br><br>ORDER RE STIPULATION FOR EXTENTION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 25) |

On May 26, 2021, a motion for an extension of time to respond to Plaintiff's opening brief was filed. (ECF No. 25.) Upon review of the document it is actually a stipulation for an extension of time.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before **June 28, 2021;** and

2. Plaintiff's reply, if any, shall be filed on or before **July 13, 2021.**

IT IS SO ORDERED.

Dated:  **May 27, 2021**

UNITED STATES MAGISTRATE JUDGE

1