UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:20-cv-000789-NONE-SAB<br><br><u>ORDER RE STIPULATION OF VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT</u><br><br>(DOC. No. 27) |

Plaintiff Kimo Gomez filed this action seeking judicial review of the final decision of the Commissioner of Social Security ("the Commissioner") denying an application for disability benefits. On June 28, 2021, a stipulation was filed for this action to be voluntarily remanded for further proceedings pursuant to sentence four of 42 U.S.C. section 405(g). (Doc. No. 27.)

Accordingly, pursuant to the stipulation of the parties,

1. The above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

2. All pending matters are VACATED;

3. The Clerk of the Court is DIRECTED to randomly assign this matter to a district judge for the purposes of closing this action; and

3 Judgment is entered in favor of plaintiff Kimo Gomez and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **June 29, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE