# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00789-DAD-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 30) |

Kimo Gomez ("Plaintiff") filed the complaint in this action on June 7, 2020. (ECF No. 1.) On June 30, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 27, 28, 29.) On July 16, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $3,740.81 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 30.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///
///
///
///
///

1

1    Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,
2 Plaintiff is awarded attorney fees under the EAJA in the amount of $3,740.81.

IT IS SO ORDERED.

Dated:  **July 19, 2021**

UNITED STATES MAGISTRATE JUDGE